IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WALTER C. WATSON,

      Petitioner,      No. CIV S-06-1966 MCE DAD P

   vs.

B. CURRY, et al.,

      Respondents.     <u>ORDER</u>

                            /

      Petitioner has requested an extension of time to October 30, 2006, to file his objections to the September 11, 2006 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Petitioner's October 6, 2006 motion for extension of time is granted; and

      2. Petitioner shall file his objections to the September 11, 2006 findings and recommendations on or before October 30, 2006.

DATED: October 13, 2006.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
wats1966.111