IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER C. WATSON, | No. 2:06-cv-1966-MCE-DAD-P |
| Petitioner, | |
| v. | ORDER |
| B. CURRY, et al., | |
| Respondents. | |
| _____/ | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

On September 11, 2006, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within twenty days.  Pursuant to an extension of time granted by the magistrate judge on October 16, 2006, petitioner has filed a document titled "Objections to Magistrate Judge's Findings and Recommendations."

///

///

1  Petitioner concedes the facts set forth in the findings and recommendations and accepts
2  the recommendation that his petition be dismissed without prejudice so that he may seek a Ninth
3  Circuit order authorizing this court to consider a second or successive application.
4  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304,
5  this court has conducted a <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the entire file,
6  the court finds the findings and recommendations to be supported by the record and by proper
7  analysis.
8  Accordingly, IT IS HEREBY ORDERED that:
9  1.  The findings and recommendations filed September 11, 2006, are adopted in full; and
10  2.  This action is dismissed without prejudice.
11  DATED: November 1, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2